JUDGE LEON SCHYDLOWER

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

FILED

2024 AUG 20  AM 10: 33

ESTERN DISTRICT OF TEXAS
BY _____

**ROSETTA SPENCER**
  **Plaintiff,**

V.

**EP24CV0286**

**NORTH MOUNTAIN VILLAGE LTD/**
**WINNCOMPANIES/ WINN RESIDENTIAL**
  **Defendants.**

### PLAINTIFF *PRO SE* RESPECTFULLY FILE THIS LAWSUIT UNDER CHAPTER 95 OF THE TEXAS CIVIL PRACTICE and REMEDIES CODE (TPCPRC). PREMISES LIABILITY AND NEGLIGENCE

Now comes, Rosetta Spencer, Plaintiff *Pro Se,*  Respectfully, File this Complaint to The Court about Defendants.

1. **Rosetta Spencer (*Pro Se)***
   **PO BOX 24266**
   **El Paso, TX 79914**

2. **North Mountain Village Apartments LTD/WINNCOMPANIE/WINN RESiDENTIALS, 9435 DIANA DRIVE, El Paso, TX 79924, ONE WASHINGTON MALL,  SUITE 500 BOSTON, MASSACHUSETTS 02108 PHONE: (617) 742-4500, Serve: Registered Agent, Gerald W. Cichon, 5300 E. El Paso, TX 79905.**

3. **Jurisdiction, United States District Court Western District of Texas, 525 Magoffin avenue, Suite 105, El Paso, Texas 79901.**

4. **The Texas Supreme Court explained that a person injured on someone else's property could have both negligence and a premises liability cause of action against a property owner. If the injury arises from the condition of the property, premises liability applies.**

### I. BACKGROUND

Due to North Mountain Village Apartments LTD/WinnCompanie/Winn Residentials

negligence and premises liability issues. Which they all still have not completed for unit 9435

1.

Diana Drive Apt 1019, North Mountain Village Apartments LTD/WinnCompanies/Winn

Residentials. I have suffered and sustained a life long injury due to

NMVA/WinnCompanies/Winn Residenials failure to repair the dangerous safety hazard and

failure to have a duty of care for their failure to act reasonable which endangered my life and

caused injuries (9435 Diana Drive Apt 1019, El Paso ,TX 79924.

### Texas Premises Liability:

In law, premises liability refers to the factor that determines who is responsible for injuries
someone sustains on another person's property. Establishing premises liability in Texas requires
showing that a property owner or occupier neglected a duty to a person visiting the property,
causing damages.

- There was a condition that presented an unreasonable risk on the property
- The owner knew or should have known about the risk
- The owner failed to take reasonable care to fix or reduce the risk
- You were injured as a result of the risk

### Negligence in Texas:

Elements of Negligence cause of action are:

(1) Duty owed by defendant to plaintiff;

(2) Breach of duty;

(3) Proximate cause of the plaintiff's damages by defendant's breach; and

(4) Damages suffered. *Rodriguez-Escobar v. Goss,* 392 S.W.3d 109, 113 (Tex. 2013).

North Mountain Village Apartments Management/WinnCompanies fail to adhere to

the reported (June 21, 2022/Tuesday) safety issue that happened on June 20, 2022

(Monday). After reporting the issue to Miss. Isabel (Property Management) she advised

me, the water was coming from underneath the unit. That's when I (Rosetta

Spencer/Licensee) became aware that NMVA/WinnCompanies had already known the

a major depression and my anxiety was at an all time high. I'm still having nightmares of the traumatic flood incident, waking up in cold sweats thinking I was drowning trying to save my mom and about to be electrocuted. I couldn't stop crying just thinking about the flood and almost losing our lives. Because NMVA/WinnCompanies neglected to care about our safety. I had to start taking counseling sessions and speaking with a Psychiatric-Mental Health Nurse Practitioner who prescribes me medication to help with my depression and anxiety. I am still taking counseling sessions and medication for my depression and anxiety (2022 to present/8/24). The trauma that day has caused me a lot of unexpected mental anguish. I lost a lot that day. I felt so helpless, useless, extremely vulnerable, my emotions were at an all time high. I thought I was about to die that day. It still dwells within me from my dream (Cold Sweats). In addition to losing personal items, clothes, shoes and electronics.

During which time I contacted the news and they wanted to do a story on the August 20, 2022 flood incident (08-29-22/Monday). I also contacted Home (Housing Authority of the City of El Paso). They sent Housing Inspector Mr. Scott (08/29/24/Monday). Mr. Scott got a company out to 9435 Diana Drive Apt 1019 (North Mountain Village Apartments) immediately. I was so thankful about someone caring about me and my mother's safety and our well being. I canceled the meeting with the news camera team. It also appears as though North Mountain Village LTD/WinnCompanies doesn't want the modifications made to the exterior of the infrastructure after the incident to be exposed to the public. The Housing Authority of the City of El Paso has FIOA, an open records request. Instead of Housing paying the bill. North Mountain Village/WinnCompanies/Residential

4.

picked up the expenses.

On August 29, 2023 (Tuesday) at 2:49am, I called Emergency Repair

(915-849-3743). Water leak coming from the living room due to rain. Work Order

number 117505. North Mountain Village Apartments/WinnCompanieWinn Residentials were

supposed to put cement where the water is coming in.

On April 19, 2023 (Wednesday) at 12:11pm, called (915-849-3744) Work Order for

cement 345533.

On June 19, 2024 (Wednesday) 5:27pm, video showing water coming into living

room due to rain.

**Location of incident, company owner and registered agent:**

1. North Mountain Village Apartments, 9435 Diana Drive Apt 1019,
   El Paso, TX 79924.
2. WinnCompanies, ONE WASHINGTON MALL, SUITE 500,
   BOSTON, MASSACHUSETTS, 02108.
3. Gerald W. Cichon, 5300 E. El Paso, TX 79905.
4. Date of incident 08-20-22 (Saturday).

## II. FACTUAL/ ARGUMENT

On June 21, 2022 (Tuesday), I spoke with the property Manager (Miss Isabel) in person

at apartment 1019, North Mountain Village Apartments. I advised Miss. Isabel about the

water coming into the living room and a little in the first bedroom on Monday (June 20,

2022) evening from the rain. I walked Miss. Isabel into the apartment and showed her the

area. I showed her the pictures and the video. She advised me it was coming from

underneath and to send her the pictures and the video. She said she would have to call the

Corporate so they can get someone out here. I did as she requested of me and sent the

5.

**video and pictures on June** 21, 2022 (Tuesday) at **around 12:15 pm**.

On August 20, 2022 (Saturday) at around 1:00 am I Rosetta Spencer noticed a lot of water was on the floor. At around 1:02am, I called the apartment complex's emergency number (915) 849-3743. I advised them there was a lot of water coming into the apartment due to the rain. I also advised them that I had placed some towels down. They told me they will send someone soon. After hanging up with Emergency Maintenance before I knew it water was coming out the hall closet, bathroom, kitchen. So, I started walking through the apartment to inspect the rooms. I walked into the back bedroom to the right. I turned the light on and walked into a puddle of water. I went into a state of shock and disbelief. I can not explain how terrified I was. I walked to the right side of the bed close to the window. That's when I realized the room was submerged in water. I went into a horrified shock to see my charger and heating pad that was still plugged into the outlet sitting in the water. For a moment I thought I was electrocuted. Then I realized I was still moving. I was scared because I was disturbing the water and not knowing how i
many steps, if any, I had to pull the charger and the heating pad from the wall socket. Then I pulled the surge protector plug from another wall in the room. I immediately went to the master bedroom where my mother Linda Turner was sleeping and unplugged her breathing machine and her humidifier that was plugged into the socket underneath her bed where she was sleeping. I woke my mom up. She was kind of startled. I told her to please try and stay calm cause we are flooded and your carpet is soaked and your bathroom is flooded. She still panicked and she started having anxiety. I went with my brother into the first bedroom and it was wet and soaked but not like the backroom. I

6.

continued to unplug the electronics by the bar counter and in the kitchen as they were in water as well. Right after I immediately grabbed the broom and started sweeping the water out through the front door.

The emergency maintenance personnel finally showed up after 2:30am close to 3:00am. He started helping me get the water out. We only had one broom. So, I started using the mop the dustpan and use a towel to help guide the water out. I noticed water coming from underneath the neighbors door to the right side. I went to knock on her door and she didn't answer. Then myself and the maintenance personnel periodically kept going back and forth knocking on her door. She finally opened. She is an elderly woman like my mother, myself and the maintenance personnel helped sweep out the water from her apartment as well. We got mostly all the water out. Then we went back to Miss. Turner's apartment because the flood was so bad the water was still coming from the back bedrooms, bathroom, hallway and kitchen. The maintenance personnel advised someone will be here to help remove the water and Management should be contacting you on Monday. He was extremely apologetic for what had happened. I finished up the rest by myself. It did take me an additional two and a half plus hours to try and get the rest of the water out the unit.

On August 24, 2022 (Wednesday) we were finally visited by the Management Office. My mother was so distraught that morning speaking with Property Manager Miss. Isabel. My mother was crying. I had to claim her down. And to mention I was a little emotional myself. The thought of me and my mother almost getting electrocuted and the fact Management hadn't even called or come by until that day. In addition, all of this could have been prevented if North Mountain Village LTD/WinnCompanies/Winn Residentials had taken care of their buildings infrastructure.

7.

North Mountain Village Lease Agreement says:

**18.2** **Duty to report.** You must immediately report to us any missing, malfunctioning or defective security devices, smoke alarms or detectors. You'll be liable if you fail to report malfunctions, or fail to report any loss, damages, or fines resulting from fire, smoke, or water.

**19.** **Resident Safety and Loss. Unless otherwise required by law, none of us, our employees, agents, or management companies are liable to you, your guests or occupants for any damage, personal injury, loss to personal property. or loss of business or personal income, from any cause, including but not limited to: negligent or intentional acts of residents, occupants, or quests; theft, burglary, assault, vandalism or other crimes; fire, flood, water leaks, rain, hail, ice, snow, smoke, lightning, wind, explosions, interruption of utilities, pipe leaks or other occurrences <u>unless such damage, injury or loss is caused exclusively by our negligence.</u>**

It was exclusively North Mountain Village LTD/WinnCompanies/WinnResidentials negligence.

**EXHIBIT 1** *(Entered 08/20/24, Reporting water coming into the unit).*

**EXHIBIT 2** *(Entered 08/20/24, Some pictures of water damage and property damage).*

**EXHIBIT 3** *(Entered 08/20/24, Some emails to and from North Mountain Village/WinnCompanies.*

**EXHIBIT 4** *(Entered 08/20/24, Declaration of Ms. Estella Juarez about flooding.*

**EXHIBIT 5** *(Entered 08/20/24, Some medical bills, Medical Referral, Counseling (Professional) Nurse for medicine.*

### III. CONCLUSION

Foregoing reasons, Defendant(s) North Mountain Village

ApartmentsLTD/WinnCompanies/Winn Residentials as mentioned above. Has violated

**CHAPTER 95 OF THE TEXAS CIVIL PRACTICE and REMEDIES CODE (TPCPRC).**

**PREMISES LIABILITY AND NEGLIGENCE**

8.

I have suffered and sustained a life long injury due to NMVA/WinnCompanies failure to repair the dangerous safety hazard and failure to have a duty of care for their failure to act reasonable which endangered my life (9435 Diana Drive Apt 1019, El Paso ,TX 79924). I respectfully ask and request the honorable Court to grant Plaintiff *Pro Se* (Rosetta Spencer) 3,900,000 (3.9 million) relief from North Mountain Village LTD/WinnCompanies/Winn Residential or whatever the court deems necessary. Further prayers to the honorable Court for a jury trial.

Dated 08/20/24                                    Respectfully submitted,

ROSETTA SPENCER
PO BOX 24266
El Paso, Tx 79914
(719) 659-8880

## CERTIFICATE OF SERVICE

I, Rosetta Spencer, Plaintiff *pro se*, do here by certify that on the 20 Day of August, 2024, a true and correct copy of foregoing was forwarded to, Defendant(s) Registered Agent by Certified Mail at the following address:

Gerald W. Cichon,
5300 E. El Paso, TX 79905

Dated: August 20, 2024

ROSETTA SPENCER
PO BOX 24266
El Paso, TX 79914
(719) 659-8880

Dated: August 20, 24

-------------------------------------------------

Signature of Plaintiff *pro se*

1.

# EXHIBIT 1

**Entered 08/20/24**

**Rosetta Spencer,** *Plaintiff pro se.*

Reporting water coming into unit (1019) to Property Manager

Miss. Isabel (On June 21, 2022) in person and via text.



**Isabel Prope...**
Mobile

5/2/22 3:36 PM

Good afternoon Ms. Isabel. Hru???
The Gas Company is here. They
need the maintenance to come
ASAP!!. They are going to cute
the gas. There is a leak in the
apartment.

6/21/22 12:15 PM

https://photos.app.goo.gl
/ymuAjVBWb4FW8brY8

Good afternoon Miss. Isabel.
Here's the video. I will pictures
now as well.









    

  



**Isabel Prope...**
Mobile

https://photos.app.goo.gl
/ymuAjVBWb4FW8brY8

Good afternoon Miss. Isabel.
Here's the video. I will pictures
now as well.



    




Isabel Prope...
IP  Mobile



These were the only ones I took.


8/8/22 12:14 PM

Good afternoon Miss. Isabel. I hope
your afternoon is going well. This



# EXHIBIT 2

### Entered 08/20/2024

### Rosetta Spencer, *Plaintiff pro se.*

Showing some photos of the water flood in unit (1019). Showing some photos before the contractors started digging up the foundation to the infrastructure of the building. Photos of building area with higher level of cement for water to flow. Photos of lease information on **Duty to report and negligence.** Photo of more water coming into the unit in living room 08/29/23 and call made to emergencies maintenance.















0:18　　　　　　　　　　　　　　　　　0:26

Share　　　　　　Edit　　　　　　Delete





29. **Severability and Survivability.** If any provision of this Lease is invalid or unenforceable under applicable law, it won't invalidate the remainder of the Lease or change the intent of the parties. **Paragraphs 10.1, 10.2, 16, 27 and 31 shall survive the termination of this Lease.** This Lease binds subsequent owners.

30. **Controlling Law.** Texas law governs this Lease. All litigation arising under this Lease and all Lease obligations must be brought in the county, and precinct if applicable, where the apartment is located.

31. **Waivers.** By signing this Lease, you agree to the following:

    31.1.    **Class Action Waiver.** You agree that you will not participate in any class action claims against us or our employees, agents, or management company. You must file any claim against us individually, and *you expressly waive your right to bring, represent, join or otherwise maintain a class action, collective action or similar proceeding against us in any forum.*

Apartment Lease Contract, TAA Official Statewide Form 22-A/B-1/B-2 Revised February 2022

with a working battery, you may be liable to us under Texas Property Code sec. 92.2611 for $100 plus one month's Rent, actual damages, and attorney's fees.

18.2. **Duty to Report.** You must immediately report to us any missing, malfunctioning or defective security devices, smoke alarms or detectors. You'll be liable if you fail to report malfunctions, or fail to report any loss, damage, or fines resulting from fire, smoke, or water.

19. **Resident Safety and Loss.** *Unless otherwise required by law, none of us, our employees, agents, or management companies are liable to you, your guests or occupants for any damage, personal injury, loss to personal property, or loss of business or personal income, from any cause, including but not limited to: negligent or intentional acts of residents, occupants, or guests; theft, burglary, assault, vandalism or other crimes; fire, flood, water leaks, rain, hail, ice, snow, smoke, lightning, wind, explosions, interruption of utilities, pipe leaks or other occurrences unless such damage, injury or loss is caused exclusively by our negligence.*

*We do not warrant security of any kind.* You agree that you will not rely upon any security measures taken by us for personal security, and that you will call 911 and local law enforcement authorities if any security needs arise.

You acknowledge that we are not equipped or trained to provide personal security services to you, your guests or occupants. You recognize that we are not required to provide any private security services and that no security devices or measures on the property are fail-safe. You further acknowledge that, even if an alarm or gate amenities are provided, they are mechanical devices that can malfunction. Any charges resulting from the use of an intrusion alarm will be charged to you, including, but not limited to, any false alarms with police/fire/ambulance response or other required city charges.

20. **Condition of the Premises and Alterations.**

20.1. **As-is. *We disclaim all implied warranties.*** You accept the



7:47         43%

←



|  |  |  |  |  |
|---|---|---|---|---|
| Add to album | Move to Archive | Download | Create | Order |

**Tue, Aug 29, 2023 · 2:45 AM** 

Add a caption...

    



7:47

**Call details**

(915) 849-3743

↗📞 **Outgoing call**
**3mins 41secs**
Tuesday, August 29, 2023, 2:49 AM

📋 Copy number

✏️ Edit number before call



# EXHIBIT   3

**Entered 08/20/24**

**Rosetta Spencer, *Plaintiff pro se.***

1. Some emails to and fromNorth Mountain Village
   Apartments LTD/WinnCompanies /WinnResidential.

2. Copy of Media Inquiry from Dylan Mckim with KVIA to
   talk about issue on camera.

3. Text message sending to EpHome Inspector Mr.Scott.



← 　　　　　 ⭳ 🗑 ✉ ⋮

# North Mountain Village
# Vinyl Flooring Installation ☆
# Update Inbox



**Ricarte, Mireya** 5:15 PM  　　↩ ⋮
to me, Mejia, Castillo ˅

Hello Ms. Spencer,

My name is Mireya Ricarte,

As per our phone conversation, I am writing to give you an update for the unit vinyl installation.

The contractors will remove the carpet today, and then turn on the blowers to dry the rest of the walls. Tomorrow the vinyl flooring will be installed and the molding around the walls will be installed. If there is anything else you need from me, you can contact me



**Rosetta Spencer** 12:37 AM
to Ricarte ∨

Hello Ms. Mireya.

Thank you for the update. I went by they were working on my mother's room (Master bedroom). The water and mildew now mold has damaged a lot of the bedroom furniture. In addition to clothing, shoes, linen, electronics and living room furniture as well. Those are the things so far. The water and mildew/mold has set five days too long. The smell is imbedded in the clothes. Her dresser was coming apart when they were moving it. I did notice the people you all hired (Sherwin-Williams) was spraying something in a Clorox bottle on the mildew/mold. They said, your personnel said spray it on the mold/mildew. I really hope you all are removing all the mildew/mold. From ALL affected rooms. The water seems it started in the living room. But, it's water I don't really know. I first reported in June the water coming in from underneath the wall in the living room by the window behind the couch. It still smells of mildew/mold still through out the unit.

Please inform me of the status of this. Cause, I really don't want my mom going back in there with that smell of mildew/mold. If she needs one more day





anything else you need from me, you can contact me.

I can also be reached at 915-503-5001.

Thank you

**Mireya Ricarte, COS, NPCC | WinnCompanies**
*OPS Senior Property Manager II*

| F (915) 856-5885 | M (915) 503-5001

mricarte@winnco.com

*A WinnResidential Managed Community*





**Rosetta Spencer** 12:37 AM
to Ricarte ⌄



# Call details



**(915) 849-3743**

**Outgoing call**
**3mins 40secs**
Sunday, August 28, 2022, 2:46 PM

**Outgoing call**
**1sec**
Sunday, August 28, 2022, 2:45 PM

Copy number

Edit number before call

 Gmail

Rosetta Spencer <zetta599@gmail.com>

# URGENT!!! EMERGENCY!!! NEGLIGENCE!!!

1 message

**Rosetta Spencer** <zetta599@gmail.com>
To: info@winnco.com

Wed, Aug 24, 2022 at 4:52 PM

Hello, my name is Rosetta Spencer and I am making this complaint on behalf of my mother Linda Turner and myself Rosetta Spencer, her caregiver.

Linda Turner resides at 9435 Diana Dr. Apt#1019, El Paso, Texas 79924 Mountain Village Apartments.

On August 20, 2022 (Saturday) at around 1:02am I Rosetta Spencer noticed a lot of water was on the floor. At around 1:02am, I called the apartment complex's emergency number (915) 849-3743. I advised them there was a lot of water coming into the apartment due to the rain. I also advised them that I had placed some towels down. They told me they will send someone soon. After hanging up with Emergency Maintenance before I knew it water was coming out the hall closet, bathroom, kitchen. So, I started walking through the apartment to inspect the rooms. I walked into the back bedroom to the right. I turned the light on and walked into a puddle of water. I went into a state of shock and disbelief. I can not explain how terrified I was. I walked to the right side of the bed close to the window. That's when I realized the room was submerged in water. I went into a horrified shock to see my charger and heating pad that was still plugged into the outlet sitting in the water. For a moment I thought I was electrocuted. Then I realized I was still moving. I was scared because I was disturbing the water and not knowing how many steps, if any, I had to pull the charger and the heating pad from the wall socket. Then I pulled the surge protector plug from another wall in the room. I immediately went to the master bedroom where my mother Linda Turner was sleeping and unplugged her breathing machine and her humidifier that was plugged into the socket underneath her bed where she was sleeping. I woke my mom up. She was kind of startled. I told her to please try and stay calm cause we are flooded and your carpet is soaked and your bathroom is flooded. She still panicked and she started having anxiety. I went with my brother into the first bedroom and it was wet soaked but not like the backroom. I continued to unplug the electronics by the bar counter and in the kitchen and they too were in water as well. Right after I immediately grabbed the broom and started sweeping the water out through the front door.

The emergency maintenance personnel finally showed up after 2:30am close to 3:00am. He started helping me get the water out. We only had one broom. So, I started using the mop the dustpan and using a towel to help guide the water out. I noticed water coming from underneath the neighbors door to the right side. I went to knock on her door and she didn't answer. Then myself and the maintenance personnel periodically except going back and forth knocking on her door. She finally opened. She is an elderly woman like my mother, Myself and the maintenance personnel helped sweep out the water from her apartment as well. We got mostly all the water out. Then we went back to Miss. Turner's apartment because the flood was so bad the water was still coming from the back bedrooms, bathroom, hallway and kitchen. The maintenance personnel advised someone will be here to help remove the water and Management should be contacting you on Monday. He was extremely apologetic for what had happened. I finished up the rest by myself.

Later on that day (Saturday 20, 2022). The gentleman came to extract some of the water from the carpet.I told him it stinks bad and he witnessed my mom (Miss. Turner) couldn't hardly breathe from the smell and the humidity. He didn't stay that long. He went over what he could once went next door first then left the blower. He stated he will be back on Monday to get the blower and he's going to ask Management and see if they could put tile in the bedrooms. He was also very apologetic

THen about 30 minutes to an hour later another gentleman showed up. He called his son so he could translate. He motioned me to follow him to the back where the drainage is locked behind the apartment. He showed me how the drain was clogged up and it looked like it had been clogged and when it rained the water went into the apartment cause it had no place to go. He said, I fixed the problem. He showed me pictures of the clog (stuff)

inside the drains. His son translated for his father. You shouldn't get any more rain in your apartment. I thanked them and they left.

Later on that day the smell and humidity got really really bad. My mom couldn't almost hardly breathe. She called her nurse and her nurse had sent in a prescription for Zyrtec (Wal-Zyr D). I had to move my mother out of her room to the living room. She's been sleeping on a small uncomfortable couch that's a lot of strain on an elderly person.

At this point the smell was very stifling. We were spraying different cleaners to try and kill some of the mildew scent. The stench is just horrific.

On August 22, 2022 (Monday), we didn't hear from the Management Office.

On August 23, 2022 (Tuesday) we didn't hear anything from the Management Office. I did have to take my elderly mother (Linda Turner) to her doctors as a walk in to get checked from the anxiety and trauma. I myself (Rosetta Spencer) am physically hurting and still feeling emotional shock.

On August 24, 2022 (Wednesday) we finally got a visit from the Management Office. My mother was so distraught this morning speaking with Property Manager Miss. Isabel. My mother was crying. I had to claim her down. And to mention I was a little emotional myself. The thought of me amd my mother almost getting electrocuted and the fact Management hadn't even called or come by until today. In addition, all of this could have been prevented.

On June 21, 2022 (Tuesday) I spoke with the property Manager (Miss. Isabel) in person at Mountain Village Apartments at apartment 1019. I advised Miss. Isabel about the water coming into the living room and a little in the first bedroom on Monday (June 20, 2022) evening from the rain. I (Rosetta Spencer) walked her into the apartment and showed her the area. I showed her the pictures and the video. She advised me it was coming from underneath and to send her the pictures and the video. She said she will have to call the Corporate so they can get someone out here. I did as she requested of me and sent the video and pictures on June 21, 2022 (Tuesday) at around 12:15pm.

Management completely ignored this safety issue after it had been reported. Now, 60 days (August 20, 2022) after the fact our lives were put in danger because of a clogged drain that initially took the gentleman less than an hour to do. Because of this Company's (Winn Residential/Management Office) complete extreme negligence. It's caused a lot of distress. We are forced to have to replace things and some things can't be replaced. Our lives have been forever changed and now we have to heal from the trauma. You only have one biological mother and I almost lost mine.

I have attached some photos and a few videos to this email.

Thank you.

Respectfully,

Linda Turner         (915) 691-9741

Rosetta Spencer    (719) 659-8880

.

---

**8 attachments**



**Screenshot_20220822-112615.png**
719K



**Screenshot_20220822-112608.png**
982K



**Screenshot_20220822-112615.png**
719K



**Screenshot_20220822-112632.png**
232K



**Screenshot_20220822-112701.png**
171K

**SjBDFTc7znomZcoG8.html**

 36K

9hfSEM6yP2qVxnmc9.html
36K

ExwSrXF5EGCUy1FZ8.html
36K

 Gmail

Rosetta Spencer <zetta599@gmail.com>

---

## ATTN: Winn Companies CORPORATE HEADQUARTERS: THIS MATTER NEEDS IMMEDIATE ATTENTION!!!

2 messages

---

**Rosetta Spencer** <zetta599@gmail.com>
To: info@winnco.com

Fri, Sep 9, 2022 at 4:29 AM

Hello, my name is Rosetta Spencer and I made a complaint on behalf of Linda Turner (mother) and myself Rosetta Spencer (Caregiver) on August 24th 2022 (Wednesday). Subject "URGENT!!! EMERGENCY!!! NEGLIGENCE!!!". DUE to Property Management's/ Corporate "Negligence". Is WinnCompanies going to pay Ms. Linda Turner for her property damage? If so, when? She wants to be compensated. She is ready to remove the damaged items from the unit and needs the money to replace furniture etc. She is waiting for WinnCompanies Corporate Personnel to come and inspect her damages. Not people just walking in and out just looking at the flooring and baseboard installation. She wants to try and have some sense of normalcy I do as well.

This is a follow up email from the initial email sent on August 24, 2022. There has been a series of events.

First the fact that the Property Manager and Corporate did not adhere to the June 20, 2022 complaint. Water entered the unit when it rained. Then on August 20, 2022, there was heavy rain and the unit got completely flooded. Due to the Apartment Complex drains being clogged/screens. Had the Property Manager/Corporate taken care of the issue in June 2022, when this safety issue was reported this horrific incident could have been prevented.

Ms. Linda Turner who resides at 9435 Diana Dr. Apt 1019, El Paso, TX 79924 (North Mountain Apartments). Who has suffered an extremely horrific traumatizing event that has affected her health due to the flood, mildew/mold, rushing her out of the unit due to the Property Management/Corporate delay. Rushing her back into the unit and the unit wasn't clear. Water coming in the same day we returned and mildew/mold on walls. And the emotional impact on her losing things she worked hard for, things that had been given to her as a gift. Things she brought to give as gifts and her sons things and things she held for her kids. In addition to her family heirlooms that she could never really replace with the same value of love and memories.
Ms. Turner has been to the doctors to be treated for inhaling the mildew/mold. Both of our blood pressure is high due to all the trauma, anxiety, physical pain, and emotional stress.

On August 24, 2022 (Wednesday) when the Property Manager finally showed up. Ms. Turner was rushed to remove mostly all the furniture and items from all 3 rooms. So that the people can remove the carpet and place flooring. As I stated to the Property Manager (Isabel). That Ms. Turner and I are exhausted and you all show up to rush her. It's just she and I here right now, she elderly and she can't lift things like that. I had to pay someone to come and help me move the furniture, boxes and property. Ms. Turner was told the unit would be ready by August 26, 2022. My mother had set in the car from 11;00am waiting to hear back from Ms. Mireya Ricarte (OPS Senior Property Manager) about the Hotel room. Miss. Isabel finally sent the confirmation around 3;34pm.

On August 27, 2022 (Saturday) Ms. Turner was cleared to move back in by Ms. Mireya. The unit should not have been cleared to return. Due to the fact there was still mildew/mold in the hall closet and in the living room. In addition, the unit still smelled of mildew/mold.

On August 27, 2022 (Saturday) around 5:15pm it started raining. And it rained hard for about 5 to 15 minutes. The rain started coming into the unit from underneath the wall in the living room. I immediately put towels down. I was scared and nervous. My mother (Ms. Turner) was sleeping on the couch cause I was trying to get her room ready for her to go rest. She woke up and saw the water and started panicking. Asking are we flooding? I was up until 7am the next day. I was scared it was going to flood again.

On August 28, 2022 (Sunday) I called Emergency Maintenance at (915) 849-3743 around 2:46pm. I was asked if someone would be at the apartment to let maintenance in. I said yes. And no one showed up. I emailed Ms. Mireya about the incident and she stated that they did not receive a work order. This is untrue because I called.

On August 29, 2022 (Monday) Ms. Turner was visited by Ms. Mireya and Mr. Jose to take pictures of the unit. I advised Mr. Jose about the mildew/mold that's still in the unit. He advised he will send his cleaning lady. I did tell him and show him how the mildew/mold ruined the dresser that was in the hallway. And advised him that there was a lot of damage. I did hear my mother tell Ms. Mireya how she hasn't been feeling well since this happened (flood) and was scared because there was going to be rain for the next few days. She asks Ms. Mireya to stay in a hotel and the fact there was still the smell of mildew/mold in the unit and work hasn't been completed. I did call Housing around 1;34pm to speak to someone about what was going on with the unit.

On August 29, 2022 (Monday) Miss. Turner spoke with Ms. Melanie Ronquillo (HCV Program Manger) of Home. She advised she will be sending an Inspector to the unit that day. Mr. Scott O'connell of Homes showed up around 5ish. We walked inside and outside the unit. He advised he will do his best to resolve the issue.

On August 30, 2022 (Tuesday)I got an email from Ms. Mireya that the Housing Inspector came by at 10:00am. And she tried reaching out to me. I emailed her back stating I didn't receive a text or call from any foreign number. I still don't know the name of the Inspector that went that morning. But he did advised Mr. Turner (Ms. Turner's Son) that he will be back to video. No one has come back yet. I called Mr. Scott myself that morning. No answer. He called me back around 11ish. He stated he had found a contractor working on constructing a structure to help the flow. And he was concerned because it was supposed to rain for the next few days this week. I did advise Ms. Mireya of what Mr. Scott said. My mother did ask me to email Ms. Mireya to see if she would extend her stay due to the weather forecast. She emailed that we went ahead and extended her stay.

As we are very thankful for the Hotel stay, we are truly appreciative and extremely humbled. This does not in any way negate the fact that Property Management/WinnCompanies Corporate did not do their 'due diligence', in June 2022. This whole situation could have been avoided. And we wouldn't have had to endure this horrific experience. My mother (Ms. Linda Turner) and I (Rosetta Spencer) almost lost our lives. The thought of not being able to save my mom. Was the worst.

I have attached videos of unit repairs that have been reported that need to be fixed in the unit. Video of some property damages. In addition to screenshots and photos.

Please feel free to contact me at (719) 659-8880.

Thank You.

Respectfully

Linda Turner

Rosetta Spencer

.

8 attachments



**Mold:Mildew photo 1.jpg**
4209K



**Mold:Mildew photo 2 (Electronic).jpg**
6460K



**Mold:Midew photo 3 (Items).jpg**
6073K



**Mold:Mildew photo 4 (Electronic).jpg**
6616K



**Called Housing (8:29:2022.png**
79K

**Part one 9:6:22 video.html**


**36K**

 **Part two 9:6:22 video.html**
36K

 **8:27:2022 Midew:Mold unit was not clear to return.html**
36K

---

**Hernandez, Blanca** <bhernandez@winnco.com>                              Fri, Sep 9, 2022 at 5:56 PM
To: "Ricarte, Mireya" <mricarte@winnco.com>, "Valencia, Alejandra" <avalencia@winnco.com>, mr
<zetta599@gmail.com>

Mrs. Turner and Mrs. Spencer

We acknowledge your concerns and look forward to meeting in person on Wednesday, 9/14/22, at 2:00 pm in our
North Mountain Village office.

Respectfully,

Blanca Hernandez

**Blanca Hernandez, NPCC, COS | WinnCompanies**

*Regional VP, WinnResidential*

O (915)849-3668| M (915) 472-8654

304 Texas Avenue Suite 1501A , El Paso, TX 79901

bhernandez@winnco.com

**www.winncompanies.com**



---

**From: info** <info@WINNCO.com>
**Sent:** Friday, September 9, 2022 11:04 AM
**To:** Hernandez, Blanca <bhernandez@WINNCO.COM>
**Cc:** Hoihjelle, Kari <khoihjelle@winnco.com>
**Subject: FW: ATTN: Winn Companies CORPORATE HEADQUARTERS: THIS MATTER NEEDS IMMEDIATE
ATTENTION!!!**

From: Rosella Spencer <zetta599@gmail.com>
Sent: Friday, September 9, 2022 6:30 AM
To: info <info@WINNCO.com>
Subject: ATTN: Winn Companies CORPORATE HEADQUARTERS: THIS MATTER NEEDS IMMEDIATE ATTENTION!!!

---

**Warning:** External Sender. Review for phishing

---

[Quoted text hidden]

 Gmail

## North Mountain Village Vinyl Flooring Installation Update
17 messages

**Ricarte, Mireya** <mricarte@winnco.com>
To: "zetta599@gmail.com" <zetta599@gmail.com>
Cc: "Mejia, Isabel" <imejia@winnco.com>, "Castillo, Jose" <jocastillo@winnco.com>

Thu, Aug 25, 2022 at 5:15 PM

Hello Ms. Spencer,

My name is Mireya Ricarte,

As per our phone conversation, I am writing to give you an update for the unit vinyl installation.

The contractors will remove the carpet today, and then turn on the blowers to dry the rest of the walls. Tomorrow the vinyl flooring will be installed and the molding around the walls will be installed. If there is anything else you need from me, you can contact me.

I can also be reached at 915-503-5001.

Thank you

**Mireya Ricarte, COS, NPCC | WinnCompanies**
*OPS Senior Property Manager II*

| F (915) 856-5885 | M (915) 503-5001

mricarte@winnco.com

*A WinnResidential Managed Community*



**Rosetta Spencer** <zetta599@gmail.com>
To: "Ricarte, Mireya" <mricarte@winnco.com>

Fri, Aug 26, 2022 at 12:37 AM

Hello Ms. Mireya.

Thank you for the update. I went by they were working on my mother's room (Master bedroom). The water and mildew now mold has damaged a lot of the bedroom furniture. In addition to clothing, shoes, linen, electronics and living room furniture as well. Those are the things so far. The water and mildew/mold has set five days too long. The smell is imbedded in the clothes. Her dresser was coming apart when they were moving it. I did notice the people you all hired (Sherwin-Williams) was spraying something in a Clorox bottle on the mildew/mold. They said, your personnel said spray it on the mold/mildew. I really hope you all are removing all the mildew/mold. From ALL

affected rooms. The water seems it started in the living room. But, it's water I don't really know. I first reported in June the water coming in from underneath the wall in the living room by the window behind the couch. It still smells of mildew/mold still through out the unit.

Please inform me of the status of this. Cause, I really don't want my mom going back in there with that smell of mildew/mold. If she needs one more day before returning please let us.

Thank you. ·

Respectfully,

Linda Turner

Rosetta Spencer
[Quoted text hidden]

---

**4 attachments**



**Outlook-sgifjlml.png**
31K



**Outlook-33skjlyc.png**
5K



**Outlook-sgifjlml.png**
31K



**Outlook-33skjlyc.png**
5K

---

**Ricarte, Mireya** <mricarte@winnco.com>
To: Rosetta Spencer <zetta599@gmail.com>

Fri, Aug 26, 2022 at 1:40 PM

Hello Ms. Spencer,

I am so sorry you are going through this, we will have an inspector visit your unit and conduct the mildew inspection, which I will follow up with you on that before your mom can come back to the

unit. **Ms. Spencer by any chance does your mom have renter's insurance?**

**To be safe, I would like to offer to move your mother into another unit, which is ready and she will be able to move in as soon as possible.**

**Please let me know.**

**Mireya Ricarte, COS, NPCC | WinnCompanies**
*OPS Senior Property Manager II*

| F (915) 856-5885 | M (915) 503-5001

mricarte@winnco.com

*A WinnResidential Managed Community*



**From:** Rosetta Spencer <zetta599@gmail.com>
**Sent:** Friday, August 26, 2022 12:37 AM
**To:** Ricarte, Mireya <mricarte@WINNCO.COM>
**Subject:** Re: North Mountain Village Vinyl Flooring Installation Update

**Warning:** External Sender. Review for phishing

[Quoted text hidden]

**Rosetta Spencer** <zetta599@gmail.com>                                             Fri, Aug 26, 2022 at 2:42 PM
To: "Ricarte, Mireya" <mricarte@winnco.com>

Good afternoon Ms. Mireya.

My mother and I had been waiting to hear from you earlier before we checked out of the hotel. Now, it appears your saying the unit isn't ready yet because now you want to have it inspected after the fact. All of this is supposed to be conducted by today as I was told. My mother did walk into the unit today. She started having anxiety. She started crying and walked out the unit. She went set in the car. And she is still sitting in the car. She does not have renter's insurance. My mother wants to know if it's a 3 bedroom and not on the top floor? And she wants to know is Winn Residential going to accommodate her with extended hotel stay for her inconvenience? Because the Complex did not adhere to the issue in June when it was reported. Now she's homeless.

Please let us know something quickly please.

Thank you.

Respectfully,

Linda Turner

Rosetta Spencer
[Quoted text hidden]

**4 attachments**



**Outlook-ocu2r3sn.png**
31K



**Outlook-haq5kpkv.png**
5K



**Outlook-haq5kpkv.png**
5K



**Outlook-ocu2r3sn.png**
31K

---

**Ricarte, Mireya** <mricarte@winnco.com>            Fri, Aug 26, 2022 at 5:39 PM
To: Rosetta Spencer <zetta599@gmail.com>

Hello Ms. Spencer,

My apologies, the unit will be ready by tomorrow morning. Unfortunately, we do not have 3 bedrooms downstairs. The unit has been sanitized and inspected for moisture and you are welcome to return. Wall moldings will be completed today. Please contact us with any questions you may have. We apologize again for any inconvenience this may cause you. The 2 bedrooms I mentioned earlier is still available to move in if your mother is interested. If she wishes, we can transfer her. Please let me know.

Respectfully,

**Mireya Ricarte, COS, NPCC | WinnCompanies**

*OPS Senior Property Manager II*

I F (915) 856-5885 I M (915) 503-5001

mricarte@winnco.com

*A WinnResidential Managed Community*



**From:** Rosetta Spencer <zetta599@gmail.com>
**Sent:** Friday, August 26, 2022 2:42 PM
[Quoted text hidden]

[Quoted text hidden]

---

**Rosetta Spencer** <zetta599@gmail.com>                                     Sun, Aug 28, 2022 at 5:01 PM
To: "Ricarte, Mireya" <mricarte@winnco.com>

Good afternoon Miss. Mireya. I'm just now reading your email. You called us on the phone before this email. My home already stated she would not be down sizing cause this is not her fault. She's been inconvenienced by Managements negligence.

You stated that the unit has been sanitized and inspected. There is  mildew/mold in the hall closet and mildew/mold in the living room. And you can still smell a lil of the mildew/mold.

I was told by Management that the problem with the water coming in to the apartment had been fixed. Well that doesn't appear to be true. On Saturday (8/27/2022) at around 5:15pm. It started raining. It rained hard for about 5 to 15mins. The water started coming into the unit from underneath into the living room. I had to immediately put towels down. I so scared and nervous. And my mom was sleeping on the couch cause I was trying to get her room together so she can rest. She wakes up and sees the water on the floor. She started panicking asking are we flooding. She was very scared. I had been up all night. I finally got her room somewhat together so she can try and rest. I couldn't sleep worried if it was going to rain again. I was up until 7am.

Respectfully,

Linda Turner

Rosetta Spencer
[Quoted text hidden]

---

**4 attachments**



**Outlook-rkeltijd.png**
**31K**



**Outlook-enfrj1kl.png**
5K



**Outlook-rkeltijd.png**
31K



**Outlook-enfrj1kl.png**
5K

---

**Ricarte, Mireya** <mricarte@winnco.com>                                    Mon, Aug 29, 2022 at 4:37 PM
To: Rosetta Spencer <zetta599@gmail.com>

Good afternoon Ms. Rosetta,

Mrs. Rosetta- Per our previous conversations on 8/24/22. It's not our intention to downsize your family. We have provided several options to transfer as we resolve the water issue. Currently, we only have two-bedroom apartments in the lower level. We have some three-bedroom units available, but there in the second level. We have also been reaching out to other properties searching for a three-bedroom team on one level.

Your apartment was inspected and cleared on Friday before your return from the Hotel stay we provided last week as we replaced the flooring.

We understand your frustration; however, we received no work orders on 8/29/22 notifying us of water sipping into the unit again. Your safety is our priority; please don't hesitate to reach out directly to me in all future situations. We are accommodating two nights at the hotel 8/29/ and 8/30/22. We highly recommend an emergency transfer as we continue to solve the water problems. Please advise if you would like to proceed with the transfer so we can schedule the move. We will cover the moving expenses.

We have the following units in the lower level ready for immediate move.
2BR #5009
2BR # 6011

The units below are three-bedroom units on the second floor that can also be ready please keep in mind they are on the second level.
3BR 6004 #5016 #9004 # 8006

My cell work number is 915-503-5001, again please feel free to contact me.

**Respectfully,**

**Mireya Ricarte, COS, NPCC | WinnCompanies**
*OPS Senior Property Manager II*

| F (915) 856-5885 | M (915) 503-5001

mricarte@winnco.com

*A WinnResidential Managed Community*



---

**From: Rosetta Spencer** <zetta599@gmail.com>
**Sent: Sunday, August 28, 2022 5:01 PM**
[Quoted text hidden]

[Quoted text hidden]

---

**Ricarte, Mireya** <mricarte@winnco.com>                    Mon, Aug 29, 2022 at 4:52 PM
To: Rosetta Spencer <zetta599@gmail.com>

**Ms. Rosetta,**

**Would you please provide us with the number from which you called the emergency number?**

**Respectfully,**

**Mireya Ricarte, COS, NPCC | WinnCompanies**
*OPS Senior Property Manager II*

| F (915) 856-5885 | M (915) 503-5001

mricarte@winnco.com

*A WinnResidential Managed Community*



**From: Ricarte, Mireya** <mricarte@WINNCO.COM>
**Sent: Monday, August 29, 2022 4:37 PM**
**To: Rosetta Spencer** <zetta599@gmail.com>
[Quoted text hidden]

[Quoted text hidden]

**Rosetta Spencer** <zetta599@gmail.com>                              Tue, Aug 30, 2022 at 11:12 AM
To: "Ricarte, Mireya" <mricarte@winnco.com>

Good morning Miss. Mireya.

My mother says thank you for the hotel accomodations.

Just to advise. Your cleaning lady did come after your visit yesterday to clean the mold in the closet and in the living room. She also took pictures to show how the paint was peeling off the wall. Also, I guess one of your personnel's left the screens (2) from the drains that go into the two drains/drainage behind Miss. Turners unit and the neighboring unit in front of the apartment by the storage door. Your cleaning lady removed the screens from in front of the unit and discarded them.

By chance were you able to find the work order? I called Sunday (August 28, 2022) at 2:46pm, phone number **(915) 849-3743**.

Miss. Turner spoke with someone from housing yesterday. I'm not to sure but I do believe she has to speak with them first. She's a lil overwhelmed trying to focus cause she's being rushed.

I met with a Mr. Scott Housing Inspector yesterday before I took Miss. Turner to the Hotel. I'm not sure who is coming this morning. Could you please have them call me at my 719-659-8880 cell please.
[Quoted text hidden]
[Quoted text hidden]

---

**8 attachments**



**Outlook-4gfu1bw2.png**
31K



**Outlook-ngp5vjil.png**
5K

Outlook-5h5s205m.png
31K



Outlook-ep1sj3hz.png
5K



Outlook-4gfu1bw2.png
31K



Outlook-ngp5vjil.png
5K



Outlook-ep1sj3hz.png
5K



Outlook-5h5s205m.png
31K



---

**Ricarte, Mireya** <mricarte@winnco.com>
To: Rosetta Spencer <zetta599@gmail.com>

Tue, Aug 30, 2022 at 11:36 AM

Good morning Rosetta,

Please tell your mom, she is very welcome!

I will forward your message to Mr. Scott to call you. I am waiting on a report from the answering

service regarding emergency work order from Sunday afternoon. Thank you for advising me regarding the 2 screens.

As I mentioned in my text message from this morning, the Housing Inspector came by at 10:00 am. He tried reaching out to you.

Please don't hesitate to call me if you need anything.

**Thank you**

**Mireya Ricarte, COS, NPCC | WinnCompanies**
*OPS Senior Property Manager II*

| F (915) 856-5885 | M (915) 503-5001

mricarte@winnco.com

*A WinnResidential Managed Community*



**From:** Rosetta Spencer <zetta599@gmail.com>
**Sent:** Tuesday, August 30, 2022 11:12 AM
[Quoted text hidden]

[Quoted text hidden]

**Rosetta Spencer** <zetta599@gmail.com>                      Tue, Aug 30, 2022 at 11:50 AM
To: "Ricarte, Mireya" <mricarte@winnco.com>

Hello Miss. Mireya.

Your very welcome.

I received your email stating the inspector will be there at 9:45am. But, I didn't receive a call or text that he was there or did I receive a call from any foreign number. Please call my phone (719) 659-8880, cause my mother sometimes can't hear her phone rang or it will just beep. Please thank you.

Respectfully,

Linda Turner

Rosetta Spencer
[Quoted text hidden]

**4 attachments**

 **Outlook-g2bofpg4.png**
31K

 **Outlook-zoq4pfyy.png**
5K

 **Outlook-g2bofpg4.png**
31K

 **Outlook-zoq4pfyy.png**
5K

---

**Ricarte, Mireya** <mricarte@winnco.com>
To: Rosetta Spencer <zetta599@gmail.com>

Tue, Aug 30, 2022 at 12:09 PM

I will do, Ms. Spencer.

Thank you

**Mireya Ricarte, COS, NPCC | WinnCompanies**
*OPS Senior Property Manager II*

| F (915) 856-5885 | M (915) 503-5001

mricarte@winnco.com

*A WinnResidential Managed Community*



**From: Rosetta Spencer** <zetta599@gmail.com>
**Sent:** Tuesday, August 30, 2022 11:50 AM
[Quoted text hidden]

[Quoted text hidden]

**Rosetta Spencer** <zetta599@gmail.com>                                    Tue, Aug 30, 2022 at 2:00 PM
To: "Ricarte, Mireya" <mricarte@winnco.com>

Good afternoon Miss. Mireya.

I spoke with Mr. Scott the Housing Inspector. He stated that he has a contractor working on constructing a
structure that will help the water to flow away from the back of the building/both units. He very concerned cause
the weather forecast says. There is going to be heavy rain Wednesday and Thursday. I had advised him that you
accommodated my mother with a hotel stay Monday, Tuesday and checkout on Wednesday. I believe he said, he
will be sending an investigator or something like that this week as well. Please don't quote me on the title.

That being said. My mother wanted me to ask you if you can accommodate her for a couple of more days? She's
very worried and concerned since there is going to be a heavy forecast Wednesday and Thursday.

Please let me know.

Thank you.

Respectfully,

Linda Turner

Rosetta Spencer
[Quoted text hidden]

---

**4 attachments**



**Outlook-og5v3xpq.png**
31K

**Outlook-3zrjdwhb.png**
5K



**Outlook-og5v3xpq.png**
31K



**Outlook-3zrjdwhb.png**
5K

---

**Ricarte, Mireya** <mricarte@winnco.com>
To: Rosetta Spencer <zetta599@gmail.com>

Tue, Aug 30, 2022 at 4:06 PM

**Hello Ms. Spencer,**

**We went ahead and extended the stay at the hotel, as soon as I get the confirmation, I will send to you.**
**Please reach out to me if you have any questions.**

**Thank you**

**Mireya Ricarte, COS, NPCC | WinnCompanies**
*OPS Senior Property Manager II*

| F (915) 856-5885 | M (915) 503-5001

mricarte@winnco.com

*A WinnResidential Managed Community*



---

**From: Rosetta Spencer** <zetta599@gmail.com>
**Sent: Tuesday, August 30, 2022 2:00 PM**
[Quoted text hidden]

[Quoted text hidden]

---

**Rosetta Spencer** <zetta599@gmail.com>
To: "Ricarte, Mireya" <mricarte@winnco.com>

Tue, Aug 30, 2022 at 5:53 PM

me know if you have any questions.

Have a beautiful rest of the day.

Thank you

**Mireya Ricarte, COS, NPCC | WinnCompanies**
*OPS Senior Property Manager II*

| F (915) 856-5885 | M (915) 503-5001

mricarte@winnco.com

*A WinnResidential Managed Community*



**From:** Rosetta Spencer <zetta599@gmail.com>
**Sent:** Tuesday, August 30, 2022 5:53 PM
[Quoted text hidden]

[Quoted text hidden]

**Rosetta Spencer** <zetta599@gmail.com>          Thu, Sep 1, 2022 at 8:51 PM
To: "Ricarte, Mireya" <mricarte@winnco.com>

Good evening Miss. Mireya. My mom doesn't want to transfer to a smaller unit. She's on a lower level with no one above her. In addition, she's been completely overwhelmed with the rushing process. She has anxiety and she's extremely overwhelmed. One of her heart medications just came in today. She's been without it for almost two weeks. Due to the pharmacy. She needs to take her meds so it can get in her system. Also, she has been inconvenienced. I did go to the unit on Wednesday (8/31/2022). I put towels down in the living room area just in case water came in when it rained. It didn't seem to rain as much when rain would come in. But, I did go by today to check the towels and they were dry. I also see that the contractors are still working on the area in back of the units. And thank you for the reminder on the check out time. Once again my mother is appreciative.

Thank you again.

Respectfully,

Linda Turner

Rosetta Spencer
[Quoted text hidden]

**2 attachments**



**Outlook-rw4sbi1s.png**
**31K**

**Outlook-wwxtrd4n.png**
5K

**Outlook-rw4sbi1s.png**
31K



**Outlook-wwxtrd4n.png**
5K

 Gmail

**Rosetta Spencer <zetta599@gmail.com>**

## Media Inquiry
1 message

**Dylan McKim** <dylan.mckim@kvia.com>　　　　　　　　　　Mon, Aug 29, 2022 at 12:38 PM
To: "zetta599@gmail.com" <zetta599@gmail.com>

Hi Rosetta,

This is Dylan McKim with KVIA. We spoke on Saturday about the issues at your apartment.

Are you available today to talk about this issue on camera? We can meet you at your apartment and you can take us through everything that has happened.

Let me know.

Thanks,
Dylan



Mr. Scott Th...
Mobile

10:46

8/29/22 6:11 PM

 Soconnell@ephome.org

8/29/22 8:18 PM

Good evening Mr. Scott. My
apologies for texting you so late.
I just wanted to let you know. I
forwarded information to you just
now. I will send you the other two
videos I have by phone. One again
my apologies. My condolences to
you and your family.

Oh this is Rose. Miss Linda Turner's
caregiver/daughter.

     Type a message     

# EXHIBIT   4

**Entered 08/20/24**

**Rosetta Spencer,** *Plaintiff pro se.*

Declaration of Estella Juarez (written on 08/23/22). Her

address has change. But Ms. S. Juarez does have her same number.

## DECLARATION OF ESTELLA JUAREZ

I, Estella Juarez, am over the age of 18 and fully competent to make this Declaration, which is based upon my personal knowledge, and the facts contained herein are true and correct:

1. My name is Estella Juarez, and I currently live at 9435 Diana Dr. Apt. 7011 in El Paso, Texas 79924.

2. To whom it may concern. I Estela Juarez have seen the apartment at 9435 Diana Dr. Apt 1019 flooded before Miss Linda Turner moved in. I did tell her daughter Rose Spencer (her caregiver) that the apartment they moved into apartment 1019 had flooded really badly last year in 2021. Now, that Miss Linda moved into the apartment. They got flooded when it rained a lot Saturday (August 20, 2022). I went to visit to see how they were doing and it smelled like mildew real bad for Miss. Linda was having trouble breathing and Rose had to spray some stuff for the mildew because it was affecting her mother Miss. Linda. Rose was very tired and in a lot of pain. I told her if they needed anything to let me know. The apartment management has not bothered to go check on them at all. I don't have any idea what has been keeping them from going over to her apartment or even putting them in a motel while all that dried. If you have any questions please call me at (915) 272-6016. My name is Estella Juarez; I live in the same complex 9435 Mountain Village Apartments apt 7011. I've been living here for six (6) years.

3. I declare under penalty of perjury that the foregoing is based on my personal knowledge and is true and correct.

Executed on August 23,2022.

/s/ Estella Juarez
ESTELLA JUAREZ

1.

# EXHIBIT 5

**Entered 08/20/24**

**Rosetta Spencer, *Plaintiff pro se.***

1. Some medical bills.

2. Medical Referral

3. ER Discharge (Rotator cuff)

4. Texas Tech Physicians Orthopedics (10/12/22)

5. Counseling (Professional)

6. Mental Nurse (Anxiety/depression)

SPENCER, Rosetta DOB: 05/05/1969 (53 yo F) Acc No. ~~██████~~

## REFERRAL

Maria E Salcido, NP

Nurse Practitioner

**NE - Project Vida Health Center, Inc.-NE**

4875 MAXWELL AVE , EL PASO, TX-79904-1559

Tel: 915-465-1191  Fax: 915-300-0289

Rosetta Spencer
05/05/1969

Date:                    08/26/2022

### Patient Information:

| | |
|---|---|
| Patient Name: | Rosetta Spencer |
| Patient DOB: | 05/05/1969 |
| Patient Insurance: | Primary Health Care (PHC) |
| Patient Subscriber No: | |
| Patient Address: | 9435 DIANA DR, APT 1019, EL PASO, TX, US 79924-6987 |
| Patient Phone: | 719-659-8880 |
| Patient Work Phone: | |
| Patient Cell Phone: | 55 |
| Patient SSN: | |

### Insurance Information

| | |
|---|---|
| Insurance Name: | Primary Health Care (PHC) |
| Subscriber Name: | Spencer, Rosetta |
| Subscriber DOB: | 05/05/1969 |
| Subscriber No: | |
| Subscriber Group No: | |
| Subscriber Address: | 9435 DIANA DR, APT 1019, EL PASO, TX, US 79924-6987 |
| Subscriber Phone: | 719-659-8880 |

### Insurance(Dental) Information

| | |
|---|---|
| Insurance Name: | DENTAL 75% |
| Subscriber Name: | Spencer, Rosetta |
| Subscriber DOB: | 05/05/1969 |
| Subscriber No: | |
| Subscriber Group No: | |
| Subscriber Address: | 9435 DIANA DR, APT 1019, EL PASO, TX, US 79924-6987 |
| Subscriber Phone: | 719-659-8880 |

### Referral From Information:

| | |
|---|---|
| Provider Name: | Salcido, Maria |
| Provider ID Number: | |
| Provider UPIN: | |
| Provider NPI: | 1295886992 |
| Provider Facility: | NE - Project Vida Health Center, Inc.-NE |
| Provider Speciality: | Nurse Practitioner |
| Address1: | 4875 MAXWELL AVE |
| Address2: | |
| City, State, Zip: | EL PASO, TX, 79904-1559 |
| Phone: | 915-465-1191 |
| Fax: | 915-300-0289 |

### Referral To Information:

| | |
|---|---|
| Provider Name: | |
| Provider ID Number: | |
| Provider UPIN: | |
| Provider NPI: | |
| Provider Facility: | |
| Provider Speciality: | Emergency Medicine |

SPENCER, Rosetta **DOB:** 05/05/1969 (53 yo F) **Acc No.** ~~S6~~

## REFERRAL

Maria E Salcido, NP

Nurse Practitioner

**NE - Project Vida Health Center, Inc.-NE**

4875 MAXWELL AVE , EL PASO, TX-79904-1559

Tel: 915-465-1191  Fax: 915-300-0289

Rosetta Spencer

05/05/1969

---

### Reason For Referral:

| | |
|---|---|
| **Authorization No:** | **Authorization Type:** |
| Reason: | PLEASE EVALUATE 53 YO FEMALE WITH PAIN PAST WEEK S/P REPETITIVE MOVEMENTS |
| Diagnosis: | M25.559 - Hip pain |
| E/M Codes: | |
| Procedures: | |
| Visits Allowed: | 3 |
| Unit Type: | V (VISIT) |
| Start Date: | 08/26/2022 |
| End Date: | 08/26/2023 |



Provider NPI:        1295886992

Electronically signed by Maria E Salcido, NP on 08/26/2022 at 03:06 PM CDT

SPENCER, Rosetta **DOB:** 05/05/1969 (53 yo F) **Acc No.** 

Address1:
Address2:
City, State, Zip:       . .
Phone:
Appt. Date/Time:
Fax:                                      Facility Tax ID Number:

## UMC NorthEast - Emergency Department
### 4669 Cohen Avenue

### El Paso, TX 79924-9998
### (915) 231-2360

## DISCHARGE INSTRUCTIONS

### Patient Information

Name: SPENCER, ROSETTA Current Date: 8/26/2022 18:00

DOB: 5/5/1969

Diagnosis: Rotator cuff sprain; Shoulder strain

Visit Date: 8/26/2022 16:22

### Primary Care Provider:

Name: None, PCP

Phone:

### Emergency Department Care Providers:

| Provider | Role | Assigned | Unassigned |
|---|---|---|---|
| Leon, Daniela , RN | ED Nurse | 8/26/2022 16:28 | 8/26/2022 16:40 |
| Chavez-Gelo, Edna , MD | ED Faculty | 8/26/2022 16:36 | |
| Herrera, Annhely , RN | ED Nurse | 8/26/2022 16:40 | |

### Your Satisfaction

In a few weeks you may be randomly selected to participate in a telephone survey about your experience with us. The phone number that displays on **the caller ID is 615-846-8410**. If you see that number, please take the call. We care very much about your comments because they help us improve our service to others. They also help us train, reward and recognize our staff. For any questions or comments regarding your experience please call our Patient Experience Department at (915) 521-7357

Emergency Department Nurse Manager 521-7704

### Poison Control Center

For poison emergencies or questions, call 1-800-222-1222.

### National Suicide Prevention Lifeline

-*NE - Project Vida Health Center, Inc.-NE*
4875 MAXWELL AVE
EL PASO. TX-79904-1559
Tel: 915-465-1191 Fax: 915-300-0289

## RECEIPT OF PAYMENT

Date.  09/21/2022
Transaction No: 000000031261
Card Holder: SPENCERROSETTA
Patient: Spencer, Rosetta

| Amount: | Payment Type: | Payment ID: | Card No: | Card Brand: | Date: | Auth Code: |
|---|---|---|---|---|---|---|
| $ 29.00 | Credit Card | 178273 | x9018 | MC | Wed 2022-09-21 12:17:46 PM MDT | |

**Card Entry Mode**
Swipe

**Signature**
I agree to pay above total amount
according to card issuer agreement.

## APPOINTMENT CARD

**Patient Name:** Spencer, Rosetta

**Appointment:**  Tuesday, October 11, 2022 at 11:00 AM

**Provider:**  ROCIO GONZALEZ, LCSW
Project Vida Health Center
3612 PERA AVENUE
EL PASO, TX-79905-2412
Tel:915-465-1191 Fax:915-444-8142

**Appointment:**  Monday, October 24, 2022 at 11:30 AM

**Provider:**  ALYNNA A MANRIQUEZ, PMHNP-BC
Project Vida Health Center
3612 PERA AVENUE
EL PASO, TX-79905-2412
Tel:915-465-1191 Fax:915-444-8142

**Texas Tech Physicians of El Paso**
4801 Alberta Ave
El Paso, TX 79905
915-215-5400

**Receipt**
**Patient Copy**

SOLD TO :

**ROSETTA SPENCER**
MasterCard - XXXX 9018
Reference # 81175550
Location ID: 09846589 / Auth Code: 06643B
**Type: Sale (Approved)**

10/12/2022 1:45 PM

PATIENT
**ROSETTA SPENCER**

| ITEM | TOTAL |
|---|---|
| Copayment amount for today's visit | $60.00 |
| **TOTAL** | **$60.00** |