# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

**ROSETTA SPENCER**                                     **Civil Action No. 3:24-CV-00286-LS**

    **Plaintiff,**

      **V.**

**NORTH MOUNTAIN VILLAGE, LTD,**
**WINN COMPANIES and WINN RESIDENTIAL**
**d/b/a WINN MANAGED PROPERTY, LLC**

    **Defendants.**

### PLAINTIFF'S ROSETTA SPENCER *PRO SE* MOTION FOR DEFAULT JUDGMENT

COMES NOW Plaintiff *pro se*, Rosetta Spencer respectfully moves this Court for entry of a default judgment in accordance with Fed. R. Civ. P. 55(b) as to Defendants, North Mountain Village, LTD, Winn Companies and Winn Residential d/b/a Winn Managed Property, LLC., upon the Amended Complaint sent to the Defendants by Certified Mail and filed with the Court and in support thereof shows the Court the following.

1. **On Tuesday, August 20, 2024,** Plaintiff Rosetta Spencer *pro se* filed original complaint in The United States District Court for the Western District of Texas against Defendants North Mountain Village., LTD, Winn Companies and Winn Residential d/b/a Winn Property Managed, LLC) (Doc. No. 1, 2).

2. **On Sunday, November 17, 2024,** The Honorable Judge Leon Schydlower grant Plaintiff **LEAVE TO FILE A FINAL AMENDED COMPLAINT.** File no later than December 2, 2024 (Doc. No. 21).

3. **On Wednesday, November 27, 2024,** Plaintiff's Amended Complaint was timely filed with the United States Western District Court Western District of Texas El Paso Division (Doc. No. 28).

4. **On Tuesday, December 2, 2024**, a copy of the Amended Complaint was delivered and received by Certified Mail to Winn Companies and Winn Residential d/b/a Winn Managed Property, LLC., counsel of record (Doc. No. 28).

5. **On Wednesday, December 3, 2024**, a copy of the Amended Complaint was delivered and received by Certified Mail to North Mountain Village, LTD, attorneys of record (Doc.No. 28).

6. The answer date was **December 11, 2024**. The Defendants have failed to timely file an answer.

7. As Defendants have failed to plead or otherwise defend this action, and Plaintiff Rosetta Spencer *pro se* is entitled to judgment by default against Defendants. Time is of the essence in United States District Court Western District of Texas El Paso Division. The Honorable Judge Leon Schydlower holds Plaintiff *pro se* to a strict 14 day response. Defendants and their attorneys of record are **not** exempt from the 14 day response.

8. Pursuant to the provisions of Rule 55(b), Federal Rule Of Civil Procedure, this Court is respectfully empowered to enter a default judgment against the Defendants for relief sought by Plaintiff in its Amended Complaint, and written notice of this action will be sent to Defendants by Certified Mail upon the attorneys of record.

9. Exhibit 1, Certificate of Service, USPS Tracking, Screenshot call to Court.

10. Exhibit 2, Plaintiff's Affidavit.

2.

## **PRAYER**

WHEREFORE, Plaintiff respectfully prays that this Court enter a judgment of default

against Defendants, North Mountain Village, LTD, Winn Companies and Winn

Residential d/b/a Winn Managed Property, LLC., in accordance with Federal Rule of Civil

Procedure 55(b). Plaintiff further prays for such other relief as this Court deems proper and fit.

Dated: 12/19/2024                                                       Respectfully submitted,

ROSETTA SPENCER                                      /s/ Rosetta Spencer
PO BOX 24266                                              ROSETTA SPENCER
El Paso, TX 79914                                         Signature of Plaintiff *pro se*

and

9435 Diana Drive Apt #1019
El Paso, TX 79924
(719) 659-8880

3.

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

**ROSETTA SPENCER**                       Civil Action No. 3:24-CV-00286-LS

    **Plaintiff,**

    **V.**

**NORTH MOUNTAIN VILLAGE, LTD,**
**WINN COMPANIES and WINN RESIDENTIAL**
**d/b/a WINN MANAGED PROPERTY, LLC**

    **Defendants.**

## ENTRY OF DEFAULT

Plaintiff *pro se* Rosetta Spencer requests that the Clerk of Court enter default against Defendant's North Mountain Village, LTD, Winn Companies and Winn Residential d/b/a Winn Managed Property, LLC pursuant to Federal Rule of Civil Procedure 55(a). It appearing from The record that Defendant's has failed to appear, pleased, or otherwise defend, the default of Defendant's North Mountain Village, LTD, Winn Companies and Winn Residential d/b/a Winn Managed Property, LLC, is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this _____ day of _____, 2024.


_____
**JAIME GALAVIZ, CLERK of COURT**

1.

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

ROSETTA SPENCER                                   Civil Action No. 3:24-CV-00286-LS

     **Plaintiff,**

       **V.**

**NORTH MOUNTAIN VILLAGE, LTD,**
**WINN COMPANIES and WINN RESIDENTIAL**
**d/b/a WINN MANAGED PROPERTY, LLC**

     **Defendants.**

## DEFAULT JUDGMENT

The Defendants, North Mountain Village, LTD, Winn Companies and Winn Residential

d/b/a Winn Managed Property, LLC, having failed to appear, plead, or otherwise defend in this

action, and default having been entered on _____, _____, and Plaintiff having

requested judgment against the defaulted Defendants and having filed a proper motion and

affidavit in accordance with Federal Rule of Civil Procedure 55(a) and (b);

Judgment is hereby entered in favor of Plaintiff Rosetta Spencer *pro se* against Defendants

North Mountain Village, LTD, Winn Companies and Winn Residential d/b/a Winn Managed

Property, LLC as follows:

WHEREFORE, PREMISES CONSIDERED, Plaintiff moves the Court to enter a

default judgment against the Defendant's in the amount prayed for in the Amended Complaint,

plus interest, and for such other relief as the Court may deem necessary and appropriate.

1.

**JAIME GALAVIZ, CLERK of COURT**

**CLARK HILL, PLC**
2301 Broadway Street
San Antonio, Texas 78215-1157
(210) 250-6000
(210) 250-6100 (Facsimile)
**NORTH MOUNTAIN VILLAGE, LTD.**

**MOUNCE, GREEN, MYERS**
**SAFI, PAXSON & GALATZAN, P.C.**
P.O. Drawer 1977
El Paso, Texas 79950
Phone: (915) 532-2000
Fax: (915) 541-1297
**WINN PROPERTY MANAGED, LLC**

2.

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

**ROSETTA SPENCER**                    Civil Action No. 3:24-CV-00286-LS

    **Plaintiff,**

      **V.**

**NORTH MOUNTAIN VILLAGE, LTD,**
**WINN COMPANIES and WINN RESIDENTIAL**
**d/b/a WINN MANAGED PROPERTY, LLC**

    **Defendants.**

## <u>ORDER OF DEFAULT JUDGMENT</u>

THIS COURT FINDS that:

1. Defendant's was sent Certified Mail at their Attorney's address of record, Certifacate of Service dated 11/27/2024;

2. Defendant's failed to answer or otherwise plead in response to Plaintiff's Amended Complaint filed with this Court; and

3. Plaintiff is entitled to an entry of Default entered against Defendant's.

IT IS HEREBY ORDERED AND DECREED, that Default Judgment be entered against the Defendant's to this matter, and that Plaintiff is entitled to recover $_____ in damages, plus fees and costs, including interest.

      Signed in open Court this _____ day of _____, _____

                            _____

                            **LEON SCHYDLOWER**
                            **UNITED STATES DISTRICT JUDGE**

1.

# EXHIBIT  1

**Entered 12/19/2024**

**Rosetta Spencer Plaintiff *pro se***

1. Certificate of Services, USPS Tracking, Screenshot call to the Court (Entered 12/19/2024).

Case 3:24-cv-00286-LS    Document 35    Filed 12/20/24    Page 9 of 15

**ALERT: EFFECTIVE NOVEMBER 29, 2024, INTERNATIONAL MAIL SERVICE TO CANADA I...**

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

# 95890710527021 46513939

**Copy**        **Add to Informed Delivery**
**(https://informeddelivery.usps.com/)**

## Latest Update

Your item was picked up at a postal facility at 9:27 am on December 2, 2024 in EL PASO, TX 79901.

---

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

## Delivered
**Delivered, Individual Picked Up at Postal Facility**
EL PASO, TX 79901
December 2, 2024, 9:27 am

**Available for Pickup**
DOWNTOWN EL PASO
219 E MILLS AVE
EL PASO TX 79901-9998
M-F 0830-1100
December 2, 2024, 7:28 am

**Arrived at Post Office**
EL PASO, TX 79901
December 2, 2024, 7:28 am

**ALERT: EFFECTIVE NOVEMBER 29, 2024, INTERNATIONAL MAIL SERVICE TO CANADA I...**

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052702146513922

Copy          Add to Informed Delivery
(https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:28 am on December 3, 2024 in SAN ANTONIO, TX 78215.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
SAN ANTONIO, TX 78215
December 3, 2024, 7:28 am

● **Arrived at USPS Regional Facility**
SAN ANTONIO TX DISTRIBUTION CENTER
December 2, 2024, 10:53 am

● **In Transit to Next Facility**
December 1, 2024

● **Arrived at USPS Regional Facility**
EL PASO TX DISTRIBUTION CENTER
November 30, 2024, 9:50 pm

# US COURTS
## (915) 534-6725

Friday, December 13

↗ **9:28 AM**
Outgoing call, 4 mins 15 sec






Incoming call, 1 min 15 secs

↗ 
Outgoing call, 0 mins 2 sec

↗ 
Outgoing call, 2 mins 12 sec

↗ 
Outgoing call, 0 mins 59 sec

↗ 
Outgoing call, 5 mins 15 sec

Case 3:24-cv-00286-LS    Document 35    Filed 12/20/24    Page 12 of 15

# Phone

Friday, December 13

  10:12 PM

  5:53 PM

  12:53 PM

  11:23 AM

  11:22 AM

 **US COURTS**
(915) 534-6725  9:28 AM

# EXHIBIT  2

**Entered 12/19/2024**

**Rosetta Spencer Plaintiff *pro se***

1.   Plaintiff's Affidavit (Entered 12/19/2024).

**Civil No. 3:24-CV-00286-LS**

<u>**AFFIDAVIT**</u>

Rosetta Spencer, after first being duly sworn under oath, says and deposes as follows:

1. That she has personal knowledge of all facts set forth in this Affidavit and is competent to testify to the truth of such facts if called upon to do so.

2. This Affiant called the Court, on December 13, 2024, and spoke with the Clerk of the Court seeking information to see if the Defendant's had filed a response, cause she has not received any correspondence from Defendant's. The Court Clerk advised the Defendant's have **not** responded. Defendant's North Mountain Village, LTD, Winn Companies and Winn Residential d/b/a Winn Managed Property, LLC has **not** filed an answer or any other responsive pleading to Plaintiff's Amended Complaint, demonstrating a failure to defend against the claims asserted.

3. That the Court file shows that North Mountain Village, LTD, Winn Companies and Winn Residential d/b/a Winn Managed Property, LLC, was mailed and received with Amended Complaint in the case number **3:24-CV-00286-LS** entitled <u>**"Rosetta Spencer v. North Mountain Village, LTD/ Winn Companies and Winn Residential d/b/a Winn Managed Property, LLC"**</u>, on December 02, 2024 and on December 03, 2024 via Certified Mail service was picked up at a postal facility and another was delivered to the front desk.

Date:___12/16/2024___

_____
**Rosetta Spencer**

ROSETTA SPENCER

PO BOX 24266

El Paso, Tx 79924

Or

9435 Diana Dr Apt #1019

El Paso, Tx 79924

SYLVIA GARCIA
My Notary ID # 133470741
Expires December 2, 2025

*Sylvia Garcia*
12/16/2024

1.

## CERTIFICATE OF SERVICE

I, Rosetta Spencer Plaintiff *Pro Se*, do hereby certify that on the 19 Day of December, 2024,

A true and correct copy of foregoing was filed with Clerk of the Court and sent to Defendant's

Attorney by Certified Mail at the following address:

**CLARK HILL PLC**
2301 Broadway Street
San Antonio, Texas 78215-1157
Phone: (210) 250-6000

**MOUNCE, GREEN, MYERS**
**SAFI, PAXSON & GALATZAN, P.C.**
P.O. Drawer 1977
El Paso, Texas 79950
Phone: (915) 532-2000

Dated: December 16, 2024

ROSETTA SPENCER
PO BOX 24266
El Paso, TX 79914

9435 Diana Dr. Apt # 1019
El Paso, TX 79924
Phone: (719) 659-8880

**/s/ Rosetta Spencer**
**ROSETTA SPENCER**
**Signature of Plaintiff *Pro Se***

1.