# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **ROSETTA SPENCER,** § | |
| § | |
| *Plaintiff*, § | No. 3:24-CV-00286-LS |
| § | |
| **v.** § | |
| § | |
| **NORTH MOUNTAIN VILLAGE LTD,** § | |
| **WINNCOMPANIES/** § | |
| **WINN RESIDENTIAL,** § | |
| § | |
| § | |
| *Defendants*. § | |

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case with prejudice. All pending motions are denied as moot and the Clerk shall **CLOSE** the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on January 13, 2025.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**